IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL JUNIOR LESCALLETT,

    Plaintiff,                    No. CIV S-11-0061 KJM CKD P

    vs.

MICHAEL MCDONALD,

    Defendant.                  <u>ORDER</u>

_____/

    The parties have indicated they are discussing settlement and that a negotiated settlement is likely to occur. Good cause appearing, IT IS HEREBY ORDERED that the parties inform the court via status report of the progress of settlement negotiations, or file a stipulation of dismissal, no later than thirty days from the date of this order.

Dated: January 5, 2012

                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

1
lesc0061.sta