IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL JUNIOR LESCALLETT,

    Plaintiff,　　　　　　　　　　No. CIV S-11-0061 KJM CKD P

  vs.

MICHAEL MCDONALD,

    Defendant.　　　　　　　　　　<u>ORDER</u>

                                        /

        The parties have indicated they are discussing settlement and that a negotiated settlement is likely to occur. Good cause appearing, IT IS HEREBY ORDERED that the parties inform the court via status report of the progress of settlement negotiations, or file a stipulation of dismissal, no later than thirty days from the date of this order.

 Dated: January 5, 2012

                                                          CAROLYN K. DELANEY
                                                          UNITED STATES MAGISTRATE JUDGE

lesc0061.sta