KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
WILLIAM J. DOUGLAS, State Bar No. 125079
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-5596
 Fax: (916) 324-5205
 E-mail: William.Douglas@doj.ca.gov
*Attorneys for Defendants McDonald, Gamberg and Vanleer*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**DARRELL JUNIOR LESCALLETT,**

Plaintiff,

v.

**MICHAEL MCDONALD, et al.,**

Defendants.

Case No. 2:11-cv-00061-KJM-CKD

**ORDER**

The parties having so stipulated and for good cause shown:

IT IS ORDERED: the last day for filing pretrial motions is continued to April 24, 2012.

Dated: February 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE