IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL JUNIOR LESCALLETT,

    Plaintiff,               No. 2:11-cv-0061 KJM CKD P

    vs.

MICHAEL MCDONALD,

    Defendant.          ORDER

_____/

        On January 4, 2013, plaintiff filed a motion asking that the court enforce the terms of the settlement agreement he reached with defendants McDonald, Gamberg and Vanleer.  In his motion, plaintiff asserts he has not yet received the payment agreed upon in the settlement.  In their opposition, defendants present evidence indicating plaintiff has been paid.  Plaintiff has not filed a reply to defendants' opposition.  In light of the record before the court, IT IS HEREBY ORDERED that plaintiff's "motion for enforcement of judgement" (Dkt. No. 32) is denied.

Dated: February 13, 2013

                              /s/ Carolyn K. Delaney
                              CAROLYN K. DELANEY
                              UNITED STATES MAGISTRATE JUDGE

1
lesc0061.mf